# EXHIBIT I

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.P., a minor by his parents and natural guardians, CRISTINE and DAVID PAGAN, | CIVIL ACTION |
| Plaintiff | |
| v. | No.   2:19-cv-05799 |
| SCHOOL DISTRICT OF PHILADELPHIA, CITY OF PHILADELPHIA, WATSON T. COMLY SCHOOL, KATE SYLVESTER, CAROLINE JOHNSON, FRANCINE LOCKE, and MICHAEL GRUMAN, | |
| Defendants. | JURY TRIAL DEMANDED |

## GREEN & SCHAFLE, LLC
## SUMMARY OF CASE SPECIFIC LITIGATION COSTS

Court Filing Fees/Service Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$  1,164.67

Case preparation, Mailings, Records, and Related Expenses . . . . . . . . . . . . . . . . . . . .$    110.54

_____

**GREEN & SCHAFLE TOTAL:        $  1,275.21**

## LEVY KONIGSBERG LLP
## SUMMARY OF CASE-SPECIFIC LITIGATION COSTS

Court Filing Fees/Service Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$    250.00

Expert Fees (Review of Case Materials, Evaluations, Consulting, Reports) . . . . . . . . $18,266.69

Case preparation, Mailings, Records, and Related Expenses . . . . . . . . . . . . . . . . . . . .$    769.85

_____

**LEVY KONIGSBERG  TOTAL:        $ 19,286.54**


***LITIGATION COST TOTAL:        $ 20,561.75***